IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV146
(4:96CR53-13)

| TONY HOEY, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| Vs. | ) | ORDER |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court on the Petitioner's motion filed March 30, 2006.

To the extent that Petitioner's motion seeks an expedited review of his § 2255 motion pending before this Court, that request is denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is **DENIED**.

Signed: April 4, 2006

Lacy H. Thornburg
United States District Judge