# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO.  1:04cv146
## (4:96cr53)

| | |
|---|---|
| ANTHONY HOEY,       ) | |
|           ) | |
|      Petitioner,    ) | |
|           ) | |
|      vs.       ) | **O R D E R** |
|           ) | |
| UNITED STATES OF AMERICA,  ) | |
|           ) | |
|      Respondent.   ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's motion for reconsideration of the Judgment issued June 13, 2006, denying and dismissing his motion filed pursuant to 28 U.S.C. § 2255.

On review of the motion, the Court finds no grounds stated therein to warrant reconsideration of the Petitioner's § 2255 motion or the Court's Judgment.

**IT IS, THEREFORE, ORDERED**, that the Petitioner's motion for reconsideration is hereby **DENIED.**

2

Signed: July 11, 2006

Lacy H. Thornburg
United States District Judge