# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV146
## (4:96CR53)

| | |
|---|---|
| ANTHONY HOEY, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>_____)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's application for a certificate of appealability.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a certificate of appealability has been issued. **28 U.S.C. § 2253(c)(1)(B).** Such a certificate may not issue unless the applicant has made a substantial showing of the denial of a constitutional right. **28 U.S.C. § 2253(c)(2).** The Petitioner has not made such a showing.

2

**IT IS, THEREFORE, ORDERED** that the Petitioner's application for a certificate of appealability is hereby **DENIED**.

Signed: August 16, 2006

_____

Lacy H. Thornburg
United States District Judge